LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
<u>ROSWELL, GEORGIA  30076-2102</u>
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

April 20, 2010

Clerk, United States Bankruptcy Court
The Foley Federal Building
300 Las Vegas Blvd. South
Las Vegas, NV  89101

**<u>REQUEST FOR SERVICE OF NOTICES</u>**

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | Angela Michelle Ravera |
| | Case Number | : | 10-16510 |
| | Chapter | : | 13 |
| | Secured Creditor | : | America's Servicing Company |
| | Loan Number | : | XXXXXX5933 |

Dear Sir / Madam:

   Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

      America's Servicing Company
      c/o McCALLA RAYMER, LLC
      Bankruptcy Department
      1544 Old Alabama Road
      Roswell, Georgia  30076

    Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

   We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

                              Very Truly Yours,

                              /s/ Deborah Conley

                              Deborah Conley, Esquire
                              c/o McCALLA RAYMER, LLC
                              1544 Old Alabama Road,
                              Roswell, GA 30076
                              Phone : 678-281-3938
                              Email : DC3@mccallaraymer.com
                              Attorney Bar No : 181171

cc: Rick Yarnall
    Christopher Patrick Burke , Esq.
File Number ASC-08-16985-2 /
Request for Service of Notice