**ORDER DENIED**

There is no grounds for the inclusion in this order of the provision which terminates the stay as against the estate.

**Entered on Docket
July 12, 2010**

_____
**Hon. Linda B Riegle
United States Bankruptcy Judge**

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates Series 2007-AHL1

10-72589

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-16510-lbr |
|---|---|
| Angela Michelle Ravera | Date:<br>Time: |
|  | Chapter 13 |
| Debtor |  |

## ORDER RE: EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 362(3)(C)(A)

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings has expired for all purposes as to Secured Creditor U.S. Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates Series 2007-AHL1, its assignees and/or successors in interest, of the subject property, generally described as 6625 Burgundy Way, Las Vegas, NV 89107, and legally described as follows:

> LOT SEVEN (7) IN BLOCK TWO (2) OF CHARLESTON HEIGHTS UNIT 27D-1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 11 OF PLATS, PAGE 5, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS SO ORDERED

Dated this __6__ day of __July__ 2010.

Submitted by:

**WILDE & ASSOCIATES**

By: __/s/Gregory L. Wilde, Esq__
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Christopher Patrick Burke
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Rick A. Yarnall
Chapter 13 Trustee